

**NUMBER 13-18-00632-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF L.S., A MINOR CHILD

---

**On appeal from the County Court at Law #5
of Nueces County, Texas.**

---

# ORDER TO FILE APPELLANT'S BRIEF

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

This cause is before the Court on appellant's first motion for extension of time to file its brief. This Court, having fully examined and considered appellant's motion is of the opinion that, in the interest of justice, appellant's first motion for extension of time to file its brief should be granted with order. The Court, however, requires strict adherence to the briefing rules in appeals of parental termination cases, such as this appeal, and looks with disfavor upon the delay caused by such extension requests. *See* TEX. R. APP. P. 38.6; *see also id.* at R. 28.4.

The Court GRANTS IN PART and DENIES IN PART appellant's first motion for extension of time. This motion is GRANTED insofar as the Court will extend appellant's deadline to file the brief for twenty (20) days. This motion is DENIED insofar as the Court will not allow an extension of sixty (60) days as requested. Further motions for extension of time will not be favorably entertained by this Court, absent extraordinary circumstances.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
3rd day of January, 2019.